PROB 12C
(7/93)

Report Date: April 25, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 26 2011

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Remegio Contreras, Jr.            Case Number: 2:08CR06053-001-FVS
AKA: Remigo Contreras-Torres, Jr.

Address of Offender: Currently incarcerated at MCC San Diego, 800 Union Street, San Diego, CA 92101

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/30/2008

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:       Prison - 30 Months;            Type of Supervision: Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     Alexander Carl Ekstrom        Date Supervision Commenced: 10/07/2010

Defense Attorney:        To be determined              Date Supervision Expires: 10/06/2013

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1           **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

            **Supporting Evidence**: The defendant illegally reentered the United States without permission on April 18, 2011.

            Information received from the United States Immigration and Customs Enforcement (ICE), indicates the defendant was deported to Mexico on October 18, 2010, at San Ysidro, California, and has not obtained legal permission to reenter the United States.

            On April 18, 2011, the defendant was found near the San Ysidro, California, Port of Entry by ICE.

2           **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

Prob12C
Re: Contreras Jr., Remegio
April 25, 2011
Page 2

**Supporting Evidence**: On April 19, 2011, a criminal complaint was filed with the United States District Court in the Southern District of California, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 3:11MJ01335-001.

According to the complaint, on April 18, 2011, at 3:20 a.m., border patrol agents observed two subjects making an illegal entry into the United States in an area approximately 4.5 miles east of the San Ysidro, California Port of Entry, adjacent to the International Boundary Fence with Mexico. As agents responded to the area, one subject returned to Mexico and one subject, later identified as the defendant was attempting to climb the secondary fence. The defendant complied with agents' instructions to climb down from the fence.

Upon questioning, the defendant admitted he was a citizen and national of Mexico and did not possess documents that would allow him to enter or remain in the United States legally. The defendant was arrested and is currently being held at the Metropolitan Correctional Center in San Diego, California. The defendant is awaiting disposition in the above-noted case. At the time of this report, additional court dates have not been scheduled.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 25, 2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

April 25, 2011
Date